IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                    ORDER

            Plaintiff,

                              08-cv-148-bbc

     v.                            06-cr-157-bbc

JERRY LEE WARD,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On March 17, 2008, defendant filed a motion for postconviction relief pursuant to 28 U.S.C § 2255, along with a motion for a sixty-day extension of time in which to file a brief and affidavit in support of his motion. In an order entered on March 24, 2008, I gave defendant 30 days within which to file his supporting documentation. Defendant has now written to the court requesting that his motion be withdrawn (dkt 57).

1

ORDER

IT IS ORDERED that defendant's motion filed on March 17, 2008, is considered to have been withdrawn.

Entered this 23d day of April, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2